Matter of Shelton v New York State Dept. of Corr. & Community Supervision (2023 NY Slip Op 04806)

Matter of Shelton v New York State Dept. of Corr. & Community Supervision

2023 NY Slip Op 04806

Decided on September 28, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 28, 2023

CV-23-0178
[*1]In the Matter of Darryl Shelton, Petitioner,
v
New York State Department of Corrections and Community Supervision, Respondent.

Calendar Date:September 1, 2023

Before:Garry, P.J., Aarons, Reynolds Fitzgerald, Fisher and Powers, JJ.

Darryl Shelton, Coxsackie, petitioner pro se.
Letitia James, Attorney General, Albany (Kate H. Nepveu of counsel), for respondent.

Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Franklin County) to review a determination of the Superintendent of Bare Hill Correctional Facility finding petitioner guilty of violating a prison disciplinary rule.
Determination confirmed. No opinion.
Garry, P.J., Aarons, Reynolds Fitzgerald, Fisher and Powers, JJ., concur.
ADJUDGED that the determination is confirmed, without costs, and petition dismissed.